# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                                   PLAINTIFF

v.                                   NO. 4:13-cr-00068-JM-2

TREMAYNE MONYEE BROWN                                      DEFENDANT

## JUDGMENT and COMMITMENT ORDER

Court convened on Thursday, December 2, 2021, for a scheduled sentencing hearing on the government's superseding motion to revoke the supervised release of defendant Tremayne Monyee Brown.  Assistant United States Attorney Chris Givens was present for the government. The defendant appeared in person with his attorney, Omar Greene II.

The defendant admitted the allegations contained in the superseding motion to revoke during a previous hearing held on February 2, 2021, and the motion to revoke was granted.  Doc. No. 469.  The Court took sentencing under advisement to give the defendant an opportunity to comply with his conditions of supervision.  Since the hearing, the defendant has performed well and complied with all conditions of supervision.

IT IS THEREFORE ORDERED that the defendant's term of supervised release is hereby modified to include zero tolerance for the duration of his term of supervised release, which will now conclude on December 24, 2024.

All conditions of supervised release remain in full force and effect as previously imposed. In the event there are any further violations, that will result in a motion to revoke being filed and a subsequent revocation hearing being scheduled.

IT IS SO ORDERED this 2nd day of December 2021.

                                                              _____
                                                              JAMES M. MOODY JR.
                                                              UNITED STATES DISTRICT JUDGE